UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DENNIS S. REIDMILLER,

    Plaintiff,

       v.

UNITED STATES,

    Defendant.

Civil Action No. 06-622 (CKK)

**ORDER**
(April 26, 2006)

Plaintiff in this action has filed a *pro se* Complaint alleging errors by the Internal Revenue Service "in connection with the collection of [a] federal tax" (Compl. ¶ 1), and seeking damages under 26 U.S.C. § 7433. Upon review of this complaint, it is apparent that the claims alleged therein are substantially similar to those of several other recently filed complaints, which were dismissed for lack of subject matter jurisdiction owing to plaintiffs' failure to exhaust administrative remedies. *See, e.g., Henry v. United States*, No. 05-2084, (D.D.C. Feb. 27, 2006) (order dismissing for lack of subject matter jurisdiction); *Scott et al. v. United States*, No. 05-2043, (Feb. 27, 2006) (same). Accordingly, it is, this 26th day of April, 2006, hereby

**ORDERED** that Plaintiff is required to show cause on or before Friday, May 19, 2006, why this Court has subject matter jurisdiction. In doing so, Plaintiff must explain how he has "exhausted all administrative remedies" (Plaintiffs' Affidavit ¶ 16), as required by 26 U.S.C. § 7433(d)(1) and 26 C.F.R. § 301.7433-1(a), (e), and attach all documentation reflecting the filing of a claim as described in 26 C.F.R. § 301.7433-1(e)(2). If Plaintiff fails to respond in timely manner and/or to

provide a valid basis for jurisdiction, the Court will dismiss the matter without prejudice. There will be no continuances of this deadline.

**SO ORDERED**.

>          /s/
> COLLEEN KOLLAR-KOTELLY
> United States District Judge

**Send Copies to:**

DENNIS S. REIDMILLER
1615 Parkhaven Drive
Houston, TX 77077
US
(281) 531-4157

*Pro Se Plaintiff*