AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Dennis S. Reidmiller

V.

United States

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00622

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Pro se General Civil

DATE STAMP: 04/3█/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~[redacted]~~ PRO SE (name and address)

Dennis S. Reidmiller
1615 Park Haven Dr.
Houston, TX 77077

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

~~NANCY M. MAYER-WHITTINGTON~~
CLERK

APR - 3 2006
DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # 7005 1820 0002 7067 7602

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ _____.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_____    5-22-06
Dennis S Reidmiller                         Date

| ETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| s 1, 2, and 3. Also complete .icted Delivery is desired. .me and address on the reverse , can return the card to you. .iis card to the back of the mailpiece, ,-rne front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee |
| Article Addressed to:<br>Kenneth Wainstein<br>US Attorney<br>District of Columbia<br>Civil Process Clerk<br>555 4th St. N.W<br>Washington, DC 20530 | B. Received by (Printed Name)   C. Date of Delivery |
| | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 7067 7602 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540