UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DENNIS S. REIDMILLER,

    Plaintiff,

        v.

UNITED STATES,

    Defendant.

Civil Action No. 06-622 (CKK)

**ORDER DISMISSING CASE**
(June 12, 2006)

Following Plaintiff's filing of his Complaint on April 3, 2006, this Court issued a Show Cause Order on April 26, 2006 that stated:

> Plaintiff in this action has filed a *pro se* Complaint alleging errors by the Internal Revenue Service "in connection with the collection of [a] federal tax" (Compl. ¶ 1), and seeking damages under 26 U.S.C. § 7433. Upon review of this complaint, it is apparent that the claims alleged therein are substantially similar to those of several other recently filed complaints, which were dismissed for lack of subject matter jurisdiction owing to plaintiffs' failure to exhaust administrative remedies. *See, e.g., Henry v. United States*, No. 05-2084, (D.D.C. Feb. 27, 2006) (order dismissing for lack of subject matter jurisdiction); *Scott et al. v. United States*, No. 05-2043, (Feb. 27, 2006) (same). Accordingly, it is, this 26th day of April, 2006, hereby
> 
> **ORDERED** that Plaintiff is required to show cause on or before Friday, May 19, 2006, why this Court has subject matter jurisdiction. In doing so, Plaintiff must explain how he has "exhausted all administrative remedies" (Plaintiffs' Affidavit ¶ 16), as required by 26 U.S.C. § 7433(d)(1) and 26 C.F.R. § 301.7433-1(a), (e), and attach all documentation reflecting the filing of a claim as described in 26 C.F.R. § 301.7433-1(e)(2). If Plaintiff fails to respond in timely manner and/or to provide a valid basis for jurisdiction, the Court will dismiss the matter without prejudice. There will be no continuances of this deadline.
>     **SO ORDERED**.

*See Reidmiller v. United States*, Civ. No. 06-622 (CKK) (Apr. 26, 2006) (Show Cause Order re: jurisdiction).

Plaintiff has failed to timely respond to the Court's Show Cause Order despite its clear, explicit language; indeed, Plaintiff has offered no response at all. Due to the fact that Plaintiff has failed to provide evidence that would indicate that he has properly exhausted his administrative remedies and has failed to respond to this Court's April 26, 2006 Order as directed, it is, this 12th day of June, 2006, hereby

**ORDERED** that the above-captioned action is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED**.

                                                                 /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge

**Send Copies to:**

DENNIS S. REIDMILLER
1615 Parkhaven Drive
Houston, TX 77077
US
(281) 531-4157

*Pro Se Plaintiff*